452 A.2d 70

Wingard, Appellants v. Joe the Motorist's etc., et al.
Petition for Allowance of Appeal Denied Feb. 17, 1983.

Argued March 22, 1982.  Neil J. Rovner, for appellant;  Richard W. Cleckner, for Joe, appellee;  Jeffrey B. Rettig, for Wingard, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.